```
 1  Gina Fazio, Esq. #225178
    Law Offices of Jeffrey Milam
 2  P.O. Box 26360
    Fresno, California 93729
 3  (559) 264-2800

 4  Attorney for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| WENDELL LARSON, | 1:05-CV-0966 OWW LJO |
| Plaintiff, | STIPULATION AND ORDER TO DISMISS |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on July 27, 2005, on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

Dated: May 2, 2006          /s/ Gina Fazio

                            GINA FAZIO, ESQ.
                            Attorney for Plaintiff

Dated: May 3, 2006
                            MCGREGOR SCOTT
                            United States Attorney

                            By: /s/ Kristi C. Kapetan
                            (as authorized via facsimile)
                            KRISTI C. KAPETAN
                            Assistant U.S. Attorney

IT IS SO ORDERED.
IT IS SO ORDERED.

**Dated:   May 7, 2006**                             **/s/ Oliver W. Wanger**
emm0d6                                        UNITED STATES DISTRICT JUDGE